

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| Defendant: | **Frank Gordon Food Service, Inc.** |
|---|---|
| Bankruptcy Case: | **Dean Foods Company, et al.** |
| Preference Period: | **Aug 14, 2019 - Nov 12, 2019** |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1503298 | $546.67 | 8/14/2019 | 195699271 | 7/22/2019 | $546.67 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1505196 | $225.67 | 8/19/2019 | 195779993 | 7/25/2019 | $43.46 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1505196 | $225.67 | 8/19/2019 | 816131916 | 7/25/2019 | $48.24 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1505196 | $225.67 | 8/19/2019 | 816131917 | 7/25/2019 | $133.97 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1506405 | $1,802.36 | 8/21/2019 | 195848698 | 7/29/2019 | $1,802.36 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1507919 | $1,195.48 | 8/26/2019 | 195932567 | 8/1/2019 | $1,195.48 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419235078369803440 | $557.58 | 8/26/2019 | O/A:PC24906419235078369803440 | | $557.58 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1510160 | $621.54 | 9/3/2019 | 196092625 | 8/8/2019 | $621.54 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1510605 | $782.10 | 9/4/2019 | 196170906 | 8/12/2019 | $743.64 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1510605 | $782.10 | 9/4/2019 | 196170918 | 8/12/2019 | $38.46 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1511629 | $529.38 | 9/5/2019 | 816132436 | 8/13/2019 | $126.79 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1511629 | $529.38 | 9/5/2019 | 816132437 | 8/13/2019 | $402.59 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419247079017310693 | $1,045.03 | 9/5/2019 | O/A:PC24906419247079017310693 | | $1,045.03 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1512355 | $766.08 | 9/9/2019 | 196260563 | 8/15/2019 | $453.18 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1512355 | $766.08 | 9/9/2019 | 196260571 | 8/15/2019 | $312.90 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1513532 | $568.88 | 9/11/2019 | 196334310 | 8/19/2019 | $568.88 |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1514420 | $71.28 | 9/13/2019 | 816132647 | 8/21/2019 | $71.28 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC249064192560 79488965478 | $1,291.92 | 9/16/2019 | O/A:PC24906419256 079488965478 | | $1,291.92 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1516842 | $696.38 | 9/18/2019 | 196505091 | 8/26/2019 | $696.38 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1517647 | $73.97 | 9/20/2019 | 816131050 | 6/28/2019 | $73.97 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC249064192620 79800962148 | $1,226.47 | 9/20/2019 | O/A:PC24906419262 079800962148 | | $1,226.47 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1517961 | $939.95 | 9/23/2019 | 816132803 | 8/29/2019 | $81.50 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1517961 | $939.95 | 9/23/2019 | 196005013 | 8/5/2019 | $858.45 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1518421 | $563.16 | 9/24/2019 | 816132845 | 8/31/2019 | $563.16 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC249064192680 80097202135 | $1,665.44 | 9/26/2019 | O/A:PC24906419268 080097202135 | | $1,665.44 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1520475 | $381.63 | 9/27/2019 | 816132950 | 9/4/2019 | $83.32 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1520475 | $381.63 | 9/27/2019 | 816132951 | 9/4/2019 | $53.81 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1520475 | $381.63 | 9/27/2019 | 816132928 | 9/4/2019 | $244.50 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1520796 | $749.92 | 9/30/2019 | 196762491 | 9/5/2019 | $749.92 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1522005 | $505.67 | 10/2/2019 | 196849367 | 9/9/2019 | $505.67 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC249064192760 80562979431 | $1,562.06 | 10/4/2019 | O/A:PC24906419276 080562979431 | | $1,562.06 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1524511 | $584.14 | 10/9/2019 | 197025958 | 9/16/2019 | $584.14 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1525797 | $827.33 | 10/15/2019 | 197121481 | 9/19/2019 | $520.52 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | 1525797 | $827.33 | 10/15/2019 | 197121504 | 9/19/2019 | $306.81 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC249064192890 81222215757 | $481.53 | 10/17/2019 | O/A:PC24906419289 081222215757 | | $481.53 |

Frank Gordon Food Service, Inc. (2243109)
Bankruptcy Case: Dean Foods Company, et al.
Nov 4, 2021                        Exhibit A                         P. 2

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419303081946889830 | $485.38 | 10/31/2019 | O/A:PC24906419303081946889830 | | $485.38 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419315082628781903 | $676.40 | 11/12/2019 | O/A:PC24906419315082628781903 | | $676.40 |

**28 Preference Period transfer(s), $21,423.40**

**Post Petition Transfer(s)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419324083175787094 | $204.77 | 11/21/2019 | O/A:PC24906419324083175787094 | | $204.77 |
| Dean Foods Company | Dean Foods Company and Country Fresh, LLC | PC24906419330083520271580 | $101.22 | 11/27/2019 | O/A:PC24906419330083520271580 | | $101.22 |

**2 Post Petition transfer(s), $305.99**

**Totals: 30 transfer(s), $21,729.39**